**fnldecnd** (10/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ronald P Frank  
510 Porsha Terrace  
Camp Hill, PA 17011

Chapter 7  
Case No. 1:07−bk−03387−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0772

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Markian R Slobodian (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Ronald P Frank in accordance with F.R.B.P. 4004(c)(1)(H).

Dated: January 27, 2010

BY THE COURT

Mary D. France  
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*